MAGISTRATE JUDGE ARNOLD

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| DENNIS A. STONE, a single man,<br><br>                    Plaintiff,<br><br>         v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>JO ANNE BARNHART<br><br>                    Defendant. | NO. C05-5311JKA<br><br><br><br><br>**ORDER REVERSING AND REMANDING** |

**ON THE STIPULATION OF THE PARTIES,** by and through their respective counsel, it is hereby

**ORDERED** as follows:

That the above-entitled action be reversed and remanded to the to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings, including further development of the record, a new hearing and a new decision. On remand, the administrative law judge to which it is assigned shall:

1. Update medical evidence and further consider the opinions of Drs. Agunbiade and Zhu;

2. Obtain a comprehensive psychological examination of Plaintiff and determine whether his alleged depression is sever or non-severe and what limitations, if any, flow from his impairment;

STIPULATION   [C05-5311 JKA]   1

3. Re-evaluate Plaintiff's credibility and further consider the statements of his lay witnesses;

4. Further consider the Plaintiff's residual functional capacity pursuant to SSR 96-8p; and

5. If necessary, consult with a vocational expert to determine whether Plaintiff can make an adjustment to other work existing in the national economy.

Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses and attorney's fees under the Equal Access to Justice Act, 28 U.S.C. §2412(a),(d).

**DATED** this 26th day of October, 2005.

                     /s/ J. Kelley Arnold
                     U.S. MAGISTRATE JUDGE

| Presented by: | Approved for entry without notice: |
|---|---|
| /s Douglas Kaukl | s/Richard M. Rodriguez |
| WSBA 4718 | RICHARD M. RODRIGUEZ |
| Pendergrass and Kaukl, Inc., PS | Special Assistant U.S. Attorney |
| 803-39th Avenue SW, Suite F | Office of the General Counsel |
| Puyallup, WA 98373 | 701 Fifth Avenue, Suite 2900 M/S 901 |
| Telephone (253) 484-4581 | Seattle, WA 98104-7075 |
| Fax: (253) 841-1750 | Telephone (206) 615-3748 |
| E-mail: DKAUKL@COMCAST.NE | Fax (206) 615-2531 |
| | Richard.Rodriguez@sssa.gov |