MAGISTRATE JUDGE ARNOLD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| DENNIS A. STONE, a single man,<br><br>       Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY, JO ANNE BARNHART,<br><br>       Defendant. | NO. C05-5311 JKA<br><br><br><br>ORDER ON PLAINTIFF'S APPLICATION FOR FEES UNDER EAJA |

**ON THE PLAINTIFF'S** motion for an award of fees under the Equal Access to Justice Act, and the Government's stipulation for entry of an Order granting the said motion, the Court finding that the plaintiff is the prevailing party and that fees as requested are otherwise appropriate under the said Act, now, therefore, it is

**ORDERED** that fees in the amount of $3,300, and costs of $250, be awarded to Douglas Kaukl of Pendergrass and Kaukl, Inc., PS, and that the Clerk shall forthwith enter judgment accordingly, payment to be made directly to Douglas Kaukl, 803-39th Avenue SW, Suite F, Puyallup, WA 98373 in accordance with the Plaintiff's authorization filed herein.

DATED this 14th day of November, 2005.

                       */s/ J. Kelley Arnold*
                       U.S. Magistrate Judge

Presented by:            Approved for Entry:

/s Douglas Kaukl          /s Richard M. Rodriguez
Douglas Kaukl  wsba 4718     Richard M. Rodriguez
Pendergrass and Kaukl, Inc., PS     Special Assistant U.S. Attorney
Attorney for Plaintiff         Attorney for Defendant

ORDER ON FEE APPLICATION
 [05-05311  JKA]